UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON LEE MEYERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT KERNAN, et.al.,<br><br>　　　　Defendants. | Case No.: 1:22-cv-00539-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 11) |

　　　　Plaintiff Leon Lee Meyers is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On June 2, 2022, the Court screened Plaintiff's complaint, found that he stated a cognizable retaliation claim against several Defendants, and granted Plaintiff thirty days to file an amended complaint or notify the Court of his intent to proceed only on the retaliation claim.  (ECF No. 11.) Plaintiff has failed to respond to the Court's order and the time to do so has now passed.  Accordingly, within fourteen (14) days from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed for failure to prosecute and failure to comply with a court order. Plaintiff's failure to comply with this order will result a recommendation to dismiss the action for

1

1  failure to comply with a court order, failure to prosecute, and failure to state a cognizable claim for
2  relief.

4  IT IS SO ORDERED.

5  Dated:   **July 11, 2022**

UNITED STATES MAGISTRATE JUDGE