UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON LEE MEYERS,<br><br>           Plaintiff,<br><br>      v.<br><br>SCOTT KERNAN, et.al.,<br><br>           Defendants. | Case No.: 1:22-cv-00539-SAB (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION TO REOPEN THE CASE<br><br>(ECF No. 13) |

Plaintiff Leon Lee Meyers is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant complaint on November 12, 2021, in the United States District Court for the Northern District of California. (ECF No. 1.)

On May 2, 2022, the Northern District screened Plaintiff's complaint, dismissed the claims arising in its jurisdiction, and transferred the claims involving events that took place Wasco State Prison to this Court for review. (ECF No. 6.)

On June 2, 2022, the Court screened Plaintiff's complaint, found that he stated a cognizable retaliation claim against several Defendants, and granted Plaintiff thirty days to file an amended complaint or notify the Court of his intent to proceed only on the retaliation claim. (ECF No. 11.)

1

After Plaintiff failed to file an amended complaint, on July 11, 2022, the Court ordered Plaintiff to show cause why the action should not be dismissed. (ECF No. 12.)

On this same date, Plaintiff filed a motion entitled "Motion to Reopen Case." (ECF No. 13.) In the motion, Plaintiff challenges the rulings issued by the Northern District of California. Inasmuch as Plaintiff is challenging the order issued by the United States District Court for the Northern District of California in case number 21-cv-08874-EMC, Plaintiff's motion should have been filed in that court. Accordingly, Plaintiff's motion to reopen the present case (which is still open), is disregarded as improperly filed in this court. Should Plaintiff desire a ruling on the motion, he must file it in the Northern District of California.

IT IS SO ORDERED.

Dated:   **July 13, 2022**

UNITED STATES MAGISTRATE JUDGE