UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON LEE MEYERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT KERNAN, et.al.,<br><br>　　　　　Defendants. | Case No.: 1:22-cv-00539-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 15) |

　　　　Plaintiff Leon Lee Meyers is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Plaintiff filed the instant complaint on November 12, 2021, in the United States District Court for the Northern District of California. (ECF No. 1.)

　　　　On May 2, 2022, the Northern District screened Plaintiff's complaint, dismissed the claims arising in its jurisdiction, and transferred the claims involving events that took place Wasco State Prison to this Court for review. (ECF No. 6.)

　　　　On June 2, 2022, the Court screened Plaintiff's complaint, found that he stated a cognizable retaliation claim against several Defendants, and granted Plaintiff thirty days to file an amended complaint or notify the Court of his intent to proceed only on the retaliation claim. (ECF No. 11.)

1

1  After Plaintiff failed to file an amended complaint, on July 11, 2022, the Court ordered Plaintiff to
2  show cause why the action should not be dismissed. (ECF No. 12.)
3       On July 13, 2022, Plaintiff filed a first amended complaint. (ECF No. 15.)  Inasmuch as
4  Plaintiff has now filed a first amended complaint, the order to show cause will be discharged.  Plaintiff
5  is advised, however, that he must comply with any and all deadlines in this matter.
6       Accordingly, it is HEREBY ORDERED that:
7       1.    The order to show cause issued on July 11, 2022 (ECF No. 12) is DISCHARGED; and
8       2.    The Court will screen Plaintiff's first amended complaint in due course.

10  IT IS SO ORDERED.

11  Dated:   **July 14, 2022**

12                            UNITED STATES MAGISTRATE JUDGE