# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON LEE MEYERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT KERNAN, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-0539-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO SUPPLMEENT HIS FIRST AMENDED COMPLAINT AS UNNECESSARY<br><br>(ECF No. 20) |

Leon Lee Meyers (Plaintiff), a state prisoner, is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for leave to supplement his first amended complaint, filed September 19, 2022.

Inasmuch as Plaintiff was granted leave to file a second amended complaint which was filed on September 19, 2022, Plaintiff's motion for leave to supplement his first amended complaint is denied as unnecessary.

IT IS SO ORDERED.

Dated: **September 20, 2022**

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1