# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON LEE MEYERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT KERNAN, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-0539-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTIONS TO REOPEN CASE<br><br>(ECF Nos. 23, 25) |

　　　　Leon Lee Meyers (Plaintiff), a state prisoner, is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　Plaintiff filed the instant complaint on November 12, 2021, in the United States District Court for the Northern District of California. (ECF No. 1.)

　　　　On May 2, 2022, the Northern District screened Plaintiff's complaint, dismissed the claims arising in its jurisdiction, and transferred the claims involving events that took place Wasco State Prison to this Court for review. (ECF No. 6.)

　　　　Plaintiff's third amended complaint filed on November 10, 2022, is currently pending review by the Court. (ECF No. 24.)

　　　　On October 11, 2022 and November 16, 2022, Plaintiff filed motions to reopen the case pursuant to Federal Rule of Civil Procedure 60. (ECF Nos. 23, 25.) In his motions, Plaintiff continues to challenge the ruling by the United States District Court for the Northern District of California which dismissed the claims arising in its jurisdiction for failure to state a cognizable

claim for relief. (ECF No. 6.) As Plaintiff was previously advised in the Court's July 13, 2022 order, to the extent Plaintiff is seeking to challenge the ruling by the Northern District of California, he must file his motion in that Court. Accordingly, Plaintiff's motions to reopen the case for the claims arising in the Northern District of California are denied as improperly filed in this Court. Plaintiff is advised that the Court will screen his third amended complaint in due course.

IT IS SO ORDERED.

Dated: **November 17, 2022**

UNITED STATES MAGISTRATE JUDGE