# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON LEE MEYERS,<br><br>  Plaintiff,<br><br>  v.<br><br>SCOTT KERNAN, et al.,<br><br>  Defendants. | Case No. 1:22-cv-0539-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S DECLARATION<br><br>(ECF No. 27) |

Leon Lee Meyers (Plaintiff), a state prisoner, is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On May 2, 2022, the Northern District screened Plaintiff's complaint, dismissed the claims arising in its jurisdiction, and transferred the claims involving events that took place Wasco State Prison to this Court for review.  (ECF No. 6.)

On October 11, 2022 and November 16, 2022, Plaintiff filed motions to reopen the case pursuant to Federal Rule of Civil Procedure 60.  (ECF Nos. 23, 25.)

On November 17, 2022, the Court denied Plaintiff's motion to reopen as his request was more appropriately directed to the United States District Court for the Northern District of California.  (ECF No. 26.)

On December 8, 2022, Plaintiff submitted a declaration in which he contends that his November 16, 2022, motion to reopen the case was directed to the United States District Court for the Northern District of California but was inappropriately filed in this Court.  (ECF No. 27.)

Although Plaintiff's November 16, 2022, appears to be addressed to the United States District Court for the Northern District of California, it was filed in this Court and no case number was listed on the motion.  Accordingly, Plaintiff's motion to reopen was addressed by this Court.  To the extent Plaintiff wishes any motion to be filed in the Northern District he must filed it in that Court with that specific case number, i.e. 21-cv-08874-EMC.

IT IS SO ORDERED.

Dated:  **December 13, 2022**

UNITED STATES MAGISTRATE JUDGE