UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON LEE MEYERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT KERNAN, et al.,<br><br>　　　　　Defendants. | No. 1:22-cv-0539-ADA-SAB (PC)<br><br>AMENDED ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 30, 33) |

Leon Lee Meyers ("Plaintiff"), a state prisoner, is proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On June 2, 2023, the Findings and Recommendations issued on January 26, 2023, were adopted in full. (ECF No. 33.) The Court's June 2, 2023, order inadvertently noted that Plaintiff stated a cognizable conditions of confinement claim for exposure to COVID-19 against Defendants Espitia, Magdaleno, Nitescu, Ledbetter, and Contreras. (ECF No. 33, at 1, 3.) However, the Findings and Recommendations found that Plaintiff stated a cognizable conditions of confinement for exposure to COVID-19 against only Defendants Espitia, Magdaleno, and Nitescu. As stated in the Court's June 2, 2023, order, after *de novo* review the Findings and Recommendations are supported by the record and by the proper analysis. (ECF No. 33 at 2.)

///

///

///

Accordingly,

1. The Court's June 2, 2023, is AMENDED to reflect that Plaintiff states a cognizable conditions of confinement claim for exposure to COVID-19 against Defendants Espitia, Magdaleno, and Nitescu; and

2. Defendants Contreras and Ledbetter should be dismissed from the action for failure to state a cognizable claim for relief.

IT IS SO ORDERED.

Dated:   June 7, 2023

UNITED STATES DISTRICT JUDGE