UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON LEE MEYERS,<br><br>           Plaintiff,<br><br>    v.<br><br>SCOTT KERNAN, et al.,,<br><br>           Defendants. | No. 1:22-cv-00539-ADA-SAB (PC)<br><br>ORDER VACATING SETTLEMENT CONFERENCE, LIFTING STAY OF CASE, AND DIRECTING CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF Nos. 41, 42) |

Plaintiff is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On September 12, 2023, the Court issued an order referring this case to the Court's Alternative Dispute Resolution Program, set the case for a settlement conference on December 12, 2023, before Magistrate Judge Barbara A. McAuliffe, and stayed the case. (ECF No. 41.) The Court advised defense counsel that counsel could opt-out of the settlement conference with thirty days.

On October 12, 2023, Defendants filed a motion to opt-out of the settlement conference because after investigation they believe a settlement conference would be unproductive at this time. (ECF No. 42.)

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. The settlement conference set for December 12, 2023, before Magistrate Judge Barbara A. McAuliffe is VACATED;
2. The stay of this case is lifted; and
3. The Clerk of Court shall issue the discovery and scheduling order.

IT IS SO ORDERED.

Dated:   **October 13, 2023**

UNITED STATES MAGISTRATE JUDGE